FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

99 APR 26 PM 1:56

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DAVID LEE WHITEHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CV 98-B-3091-NE |
| | ) |
| POLICE CHIEF KEITH SMITH, | ) |
| DR. LARRY TAYLOR BOLTON, | ) |
| INVESTIGATOR RALPH DAWE, | ) |
| SCOTTSBORO POLICE DEPARTMENT, | ) |
| SHERIFF MIKE WELLS, and THE | ) |
| JACKSON COUNTY SHERIFF'S | ) |
| DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

ENTERED
APR 26 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 22, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 26th day of April, 1999.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

